# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00076-CV

### In re Wesley H. Mau, Hays County Criminal District Attorney

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the stay imposed by this Court's order is lifted. *See* Tex. R. App. P. 52.8(a), .10(b).

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Justice Goodwin Dissenting Without Opinion

Filed: March 26, 2021